# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| STEVEN HURST, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 2:14-cv-00384-JMS-WGH |
| STATE OF INDIANA, | ) ) ) |
| Respondent. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day directed the entry of final judgment, the Court now enters FINAL JUDGMENT in favor of the respondent and against the petitioner, Steven Hurst.

Hurst's petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

Date: January 7, 2016

_Hon. Jane Magnus-Stinson, Judge_
United States District Court
Southern District of Indiana

Laura Briggs, Clerk of Court

By: _____

Deputy Clerk

Distribution:

STEVEN HURST
964879
WABASH VALLEY CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

All electronically registered counsel